UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEKOVEN JOHNSON,<br><br>        Petitioner,<br><br>        v.<br><br>TIM VIRGA, Warden,<br><br>        Respondent. | No. CV 13-5818-JSL (AGR)<br><br>JUDGMENT |

    Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

    IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: Sept. 18, 2013

                                                  J. SPENCER LETTS<br>
                                       United States District Judge